UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJHAI MEGGETTE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, et al.,<br><br>Defendants. | Case No.  3:25-cv-10370-JSC<br><br>**ORDER DISMISSING FEDERAL CLAIMS AND REMANDING TO STATE COURT**<br><br>Re: Dkt. No. 28 |

Plaintiff, who is proceeding without an attorney, filed this action in the Alameda County Superior Court alleging breach of contract and related claims based on repossession of a vehicle. (Dkt. No. 1-1 at 13.1) Defendant Capital One Auto Finance, a division of Capital One, N.A., removed the action to this Court based on federal question jurisdiction. (Dkt. No. 1.)  On February 27, 2026, the Court granted Defendant's motion to dismiss Plaintiff's federal claims for failure to state a claim.  (Dkt. No. 28.)  Plaintiff was given until March 26, 2026 to file an amended complaint addressing the deficiencies the Court identified in her Title III ADA claim and her FCRA claim, or file a statement she instead intends to proceed on her state law repossession claims in state court.  (*Id*. at 8.)   Plaintiff has done neither, and instead, filed a document captioned "Notice of Filing IRS From 56," which does not address the Court's order and instead includes an IRS form entitled "Notice Concerning Fiduciary Relationship."  (Dkt. No. 29.)

The Court therefore dismisses her federal claims with prejudice for failure to state a claim and sua sponte remands the action to state court as there is no basis for federal subject matter jurisdiction. *See Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 39 (2025) (holding once the federal law claims are eliminated, "federal-question jurisdiction dissolves. And with any federal anchor gone, supplemental jurisdiction over the residual state claims disappears as well"

and when "[t]he operative pleading no longer supports federal jurisdiction[] the federal court must remand the case to the state court where it started.").

Accordingly, this action is REMANDED to the Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: March 31, 2026

JACQUELINE SCOTT CORLEY
United States District Judge